**RANDALL K. EDWARDS, PLLC**
Randall K. Edwards (3787)
136 South Main Street, Suite 700
Salt Lake City, Utah 84101
Telephone (801) 328-0300
Facsimile (801) 534-1559

**LUNDELL & LOFGREN, PC**
Rick S. Lundell (8848)
Brian K. Lofgren (8890)
136 South Main Street, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 532-4663
Facsimile: (801) 534-1559

**WARREN L. BARNES & ASSOCIATES, LLC**
Warren L. Barnes (11379)
136 South Main Street, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 532-4663
Facsimile: (801) 534-1559

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EULOGIO HINOJOS<br><br>Plaintiff,<br><br>vs.<br><br>PARK CITY MUNICIPAL CORPORATION, a municipal corporation, and Does I Through X,<br><br>Defendant(s). | **PLAINTIFF'S MOTION TO RE-OPEN FACT DISCOVERY**<br><br>Case No. 2:07-cv-750<br><br>District Judge Dale A. Kimball<br><br>Magistrate Judge David Nuffer |

COMES NOW Plaintiff EULOGIO HINOJOS, by and through counsel of record, and

respectfully submits this motion to re-open fact discovery limited to the following: (1) the taking of Brittany Angelovich's deposition, (2) establishing electronic verification of the creation and modification history of Kent Cashel's memoranda (provided after the close of discovery) through direct expert examination of only these files on Mr. Cashel's computer, (3) obtaining additional documents mentioned in said memoranda but not provided by Defendants and (4) continuing and completing the deposition of Kent Cashel regarding these matters.. The reasons for this motion are set forth in the Memorandum in support thereof and filed herewith.

Dated this 22nd day of January, 2009.

                RANDALL K. EDWARDS, PLLC
                LUNDELL & LOFGREN, P.C.
                WARREN L. BARNES & ASSOCIATES, LLC

                */s/ Warren L. Barnes*
                Randall K. Edwards
                Rick S. Lundell
                Warren L. Barnes
                Attorneys for Plaintiff